ELLA KLEBER, Appellant, v. GEORGE KLEBER, Respondent.— Order denying

* See App. Div. Rules, 2d Dept., rule 12.— [REP.

plaintiff's motion for alimony and counsel fee affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.